## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOSHUA ISAAC PAYNE,                :
                                   :
              **Plaintiff**        :
      v.                           :   **1:22-CV-217**
                                   :   **(JUDGE MARIANI)**
WALTER FAITH, *et al.*,            :
                                   :
              **Defendants**       :

## ORDER

**AND NOW, THIS** <u>22ND</u> **DAY OF MARCH, 2023**, upon *de novo* review of

Magistrate Judge Martin C. Carlson's Report & Recommendation ("R&R") (Doc. 16),

Plaintiff's Objections thereto (Doc. 18), and all other relevant documents, **IT IS HEREBY**

**ORDERED THAT:**

1. The R&R (Doc. 16) is **ADOPTED AS MODIFIED** herein.  Although the Court

   agrees with Judge Carlson's reasoning, application of the *Poulis* factors, and

   conclusion that, at the time of the filing of the R&R, Plaintiff had failed to

   prosecute this action, Plaintiff's filing of objections and the reasons set forth

   therein for not responding to the Court's orders, as well as Plaintiff's filing of a

   proposed amended complaint, all lead this Court to conclude that Plaintiff should

   be afforded a <u>final</u> opportunity to pursue this action prior to the Court ordering the

   drastic sanction of dismissal of this action in its entirety.  Nonetheless, the Court

   adopts Judge Carlson's analysis of the merits of Plaintiff's Complaint (*see* Doc.

16, at 10-13) and agrees that dismissal of the current Complaint on the merits is

warranted.

2.  Defendants' Motion to Dismiss (Doc. 10) is **GRANTED**.

3.  Plaintiff's Complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**.

4.  Plaintiff's Objections (Doc. 18) are **GRANTED** only to the extent that Plaintiff will

be permitted to file an Amended Complaint (*see id.* at 4).

5.  Plaintiff having filed an Amended Complaint (Doc. 19), the Court deems the

Amended Complaint to have been filed and to now be the operative Complaint in

this matter.

6.  The case is **REMANDED** to Magistrate Judge Carlson for further proceedings

consistent with this Order.

Robert D. Mariani
United States District Judge